1  Frank M. Tse (Cal. #155653)
   Law Office of Frank M. Tse
2  550 Montgomery Street, Ste. 650
   San Francisco, CA 94111
3  (415) 781-1588
   (415) 395-9372 Fax
4  angel-island@sbcglobal.net

5  Attorney for Plaintiff

6

7

8                 UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO, CALIFORNIA

11

12  Amir ESMAEILI, Plaintiff,                    Civil No.

13
              v.
14                                               **PETITION FOR A HEARING**
    MICHAEL CHERTOFF, Secretary of the           **ON NATURALIZATION**
15  Department of Homeland Security;             **APPLICATION UNDER**
    EMELIO GONZALEZ, Director of US Citizenship  **8 U.S.C. §1447(b)**
16  and Immigration Services;
    ROSEMARY MELVILLE, District Director of the
17  San Francisco US Citizenship & Immigration
    Services;
18  ROBERT MUELLER, III, Director of the
    Federal Bureau of Investigations, Defendants
19

20

21  TO THE HONORABLE JUDGE OF SAID COURT:

22         Plaintiff Amir Esmaeili (alien registration no. A72-131-426) ("Plaintiff") is a lawful

23  permanent resident of the United States who is statutorily eligible to naturalize and become a

24  United States citizen.  Plaintiff's application for naturalization, Form N-400, has been unlawfully

25  delayed by Defendants Michael Chertoff, the Secretary of the Department of Homeland Security,

26  Dr. Emelio Gonzalez, the Director of the US Citizenship and Immigration Service ("USCIS"),

27  Rosemary Melville, the District Director of the San Francisco District of the USCIS, and Robert

28  Mueller, III, the Director of the Federal Bureau of Investigations ("FBI").

**PARTIES**

1.      Plaintiff is a citizen of Iran who has been a lawful permanent resident since October 19, 1998. His claim to become a naturalized citizen of the United States arises under 8 U.S.C. §1447(b).

2.      Michael Chertoff is the Secretary of the Department of Homeland Security, and this action is brought against her in her official capacity.  The USCIS is an agency within the Department of Homeland Security.

3.      Dr. Emelio Gonzalez is the Director of USCIS, which is charged with adjudicating applications and benefits under the Immigration and Nationality Act, including the application for naturalization under 8 U.S.C. §1421, 8 C.F.R. §310, and 8 C.F.R. §3163.  This action is brought against him in his official capacity.

4.      Rosemary Melville is the District Director of the San Francisco District of the USCIS, and this action is brought against him in his official capacity.  The San Francisco USCIS is the office of the USCIS that currently has jurisdiction over Plaintiff's application for naturalization.

5.      Robert Mueller III is the Director of the Federal Bureau of Investigations ("FBI"), and this action is brought against him in his official capacity.  The FBI is responsible for completing criminal background checks and name checks at the request of the USCIS.

**JURISDICTION**

6.      This Court has jurisdiction over the subject matter of this case pursuant to 8 U.S.C.§1447(b) (jurisdiction over naturalization application), 28 U.S.C. §1331 (federal question jurisdiction), 28 U.S.C.§2201 (declaratory judgment), and 5 U.S.C. §701 (Administrative Procedures Act.)

**VENUE**

7.      Venue is proper in this district pursuant to 28 U.S.C. §1391(e) and 8 U.S.C. §1447(b) because Plaintiff resides within the district of this court and no real property is involved.

**FACTS**

8.      On or about August 15, 2003, Plaintiff filed his application for naturalization with the USCIS. (Exh. 1). Plaintiff was processed for fingerprints prior to his first naturalization

Esmaeili v. Chertoff, et al -- Petition for A Hearing                                    - 2 -

1  interview, which took place in the USCIS sub-office in Oakland, California on March 24, 2004.

2  (Exh. 2.) The adjudicating officer informed Plaintiff that he passed the test of English, U.S.

3  History and Government, but that a "decision cannot be made on your application, as all

4  required background checks have not been completed." (Exh. 3)

5  9.    Following his interview, Plaintiff and his wife have made numerous inquiries to the

6  USICS, both by telephone to the customer service telephone number and in person at the USCIS

7  office. In addition, they have written letters to the Citizenship Unit. On February 17, 2005,

8  USCIS sent Plaintiff a form letter telling him that the security checks are still being conducted.

9  (Exh. 4)

10  10.    He received a second letter dated October 2006, again telling him that background checks

11  were still be conducted. (Exh. 5)

12  11.    Pursuant to requests by USCIS, Plaintiff completed additional biometric processing on

13  February 15, 2006 and December 7, 2006 (Exh. 6).

14  12.    More than 120 days have past since the initial interview, and Defendants have made no

15  decision on Plaintiff's application for naturalization in violation of 8 U.S.C. §1447(b). In

16  addition, the Defendants are in violation of the Administrative Procedures Act, 5 U.S.C. §701 *et*

17  *seq.*, because they are unlawfully withholding or unreasonably delaying action on Plaintiff's

18  application and have failed to carry out the adjudicative functions delegated to them by law with

19  regard to Plaintiff's case.

**PRAYER**

21  13.    Defendants' failure to make a determination on Plaintiff's application within the 120-day

22  statutory period entitles Plaintiff to bring this matter before this court for a hearing pursuant to 8

23  U.S.C. §1447(b).

24  14.    Plaintiff seeks a de novo judicial determination of his naturalization application and a

25  grant of naturalization from this court. In the alternative, Plaintiff seeks that the court remand his

26  Application for Naturalization, Form N-400, to the USCIS with an order that the FBI and USCIS

27  complete Plaintiff's background checks in a timely fashion, and to adjudicate his application.

28

Esmaeili v. Chertoff, et al -- Petition for A Hearing                    - 3 -

WHEREFORE, Plaintiff requests that the Court:

13.    Grant this petition and enter a judgment granting Plaintiff naturalization and ordering that she be naturalized as a citizen of the United States;

14.    In the alternative, issue a mandate remanding the application to USCIS and ordering that USCIS and the FBI to complete background checks within 15 days of said order; and for USCIS to adjudicate the naturalization petition within 30 days after background checks are completed.

17.    Grant Attorney's fees and costs under the Equal Access to Justice Act and/or other appropriate authority;

18.    Grant such other and further relief as may be appropriate.

Dated:  September 18, 2007                    Respectfully submitted,

                                              _____
                                              Frank M. Tse
                                              Attorney for Plaintiff
                                              Amir Esmaeili


Appendix of Exhibits

Exhibit 1        N-400 Receipt Notice

Exhibit 2        Request for Applicant to Appear for Naturalization Initial Interview

Exhibit 3        Copy of Passed Test Letter Dated March 24, 2004

Exhibit 4        Copy of Letter Dated February 17, 2005, Security Checks Pending

Exhibit 5        Copy of USCIS Form Letter, Security Checks Pending

Exhibit 6        Copy of Biometrics Processing Notice

Exhibit 7        Declaration of Amir Esmaeili

EXH 1

## THE UNITED STATES OF AMERICA

| | |
|---|---|
| Receipt with Exception | **NOTICE DATE** August 22, 2003 |
| **CASE TYPE** N400   Application For Naturalization | **INS A#** A 072 131 426 |
| **APPLICATION NUMBER** WSC*001010208 | **RECEIVED DATE** August 15, 2003 | **PRIORITY DATE** August 15, 2003 | **PAGE** 1 of 1 |

**APPLICANT NAME AND MAILING ADDRESS**

AMIR ESMAEILI
5620 ASCOT DR
OAKLAND CA 94611

**PAYMENT INFORMATION:**

| | |
|---|---|
| Single Application Fee: | $310.00 |
| Total Amount Received: | $310.00 |
| Total Balance Due: | $0.00 |

ldıuldlluuıllııll

The above application has been received by our office and is in process, but has been noted with one or more of the following exception(s):

Missing Evidence(s) - your application was missing evidence(s) that you will need to provide at the time of your naturalization interview. You will be notified under separate notice of the necessary evidence(s) that you will be required to bring to your interview. Do not submit any evidence(s) by mail.

Our records indicate your personal information is as follows:
Date of Birth:             January 15, 1967
Address Where You Live:  5620 ASCOT DR
                         OAKLAND CA 94611

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local INS office. You should expect to be notified within   460 days of this notice.

**IMPORTANT NOTICE:**     All naturalization applicants who were between the ages of 14-75 at the time of filing must have their fingerprints taken at an INS Application Support Center (ASC) so they can be submitted to the Federal Bureau of Investigation for a criminal history check. If we received your application without a fingerprint card (FD-258), or your fingerprint card was received on or after December 3, 1997, you will need to go to an ASC to be fingerprinted. Do not have your fingerprints taken anywhere else. You will receive a notice that will provide you with information about when and where to go to have your fingerprints taken, and what you will need to bring with you. Please inform the office listed below immediately of any address changes.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or INS forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**.

If you have access to the Internet, you can also visit INS at **www.ins.usdoj.gov**. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

**INS Office Address:**
US IMMIGRATION AND NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P.O BOX 10400
LAGUNA NIGUEL CA 92607-

**INS Customer Service Number:**
(800) 375-5283

APPLICANT COPY

WSC$001097397

Form I-797C (Rev. 09/07/93) N

EXH 2

2

# THE UNITED STATES OF AMERICA

| Request for Applicant to Appear for Naturalization Initial Interview | NOTICE DATE<br>January 20, 2004 |
|---|---|
| CASE TYPE<br>N400    Application For Naturalization | INS A#<br>A 072 131 426 |

| APPLICATION NUMBER<br>WSC*001010208 | RECEIVED DATE<br>August 15, 2003 | PRIORITY DATE<br>August 15, 2003 | PAGE<br>1 of 1 |
|---|---|---|---|

APPLICANT NAME AND MAILING ADDRESS

AMIR ESMAEILI
5620 ASCOT DR
OAKLAND CA  94611

**Please come to:**
USINS OAKLAND CUSA
1301 CLAY ST
ROOM 380N
MAIN ROOM
OAKLAND CA 94612

**On (Date):** Wednesday, March 24, 2004
**At (Time):** 10:45 AM

You are hereby notified to appear for an interview on your Application for Naturalization at the date, time, and place indicated above. **Waiting room capacity is limited. Please do not arrive any earlier than 30 minutes before your scheduled appointment time.** The proceeding will take about two hours. If for any reason you cannot keep this appointment, return this letter immediately to the INS office address listed below with your explanation and a request for a new appointment; otherwise, no further action will be taken on your application.

If you are applying for citizenship for yourself, you will be tested on your knowledge of the government and history of the United States. You will also be tested on reading, writing, and speaking English, unless on the day you filed your application, you have been living in the United States for a total of at least 20 years as a lawful permanent resident and are over 50 years old, or you have been living in the United States for a total of 15 years as a lawful permanent resident and are over 55 years old, or unless you have a medically determinable disability (you must have filed form N648 Medical Certification for Disability Exception, with your N400 Application for Naturalization).

**You MUST BRING the following with you to the interview:**
- This letter.
- Your Alien Registration Card (green card).
- Any evidence of Selective Service Registration.
- Your passport and/or any other documents you used in connection with any entries into the United States.
- Those items noted below which are applicable to you:

If applying for NATURALIZATION AS THE SPOUSE of a United States Citizen;
- Your marriage certificate.
- Proof of death or divorce for each prior marriage of yourself or spouse.
- Your spouse's birth or naturalization certificate or certificate of citizenship.

If applying for NATURALIZATION as a member of the United States Armed Forces;
- Your discharge certificate, or form DD 214.

If copies of a document were submitted as evidence with your N400 application, the originals of those documents should be brought to the interview.

**PLEASE keep this appointment, even if you do not have all the items indicated above.**

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

**INS Office Address:**
US IMMIGRATION AND NATURALIZATION SERVICE
630 SANSOME ST
SAN FRANCISCO CA 94111-

**INS Customer Service Number:**
(800) 375-5283

APPLICANT COPY



THE UNITED STATES OF AMERICA

| **ASC Appointment Notice** | | APPLICATION NUMBER<br>MSC0540106514 | | NOTICE DATE<br>1/20/2006 |
|---|---|---|---|---|
| CASE TYPE<br>I90 Application to Replace Alien Registration Card | | SOCIAL SECURITY NUMBER | USCIS A#<br>A072131426 | CODE<br>3 |
| | | TCR | SERVICE CENTER<br>MSC | PAGE<br>1 of 1 |

AMIR ESMAEILI
1768 ORO VALLEY CIR
WALNUT CREEK, CA 94596



BIOMETRICS PROCESSING STAMP
ASC SITE CODE: *XYB*
BIOMETRICS QA REVIEW BY:
*8272100* ON *2-15-06*
TENPRINTS QA REVIEW BY:
*8272100* ON *2-15-06*

To process your application, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.

**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.
IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| USCIS OAKLAND<br>2040 TELEGRAPH AVE.<br>OAKLAND, CA 94612 | 02/15/2006<br>9:00 AM |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Applicants must bring their Permanent Resident Card/Resident Alien Card, or a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, your biometrics may not be taken.
3. **DISPOSITION OF ARREST(S).** Applicants **must** bring certified or original evidence of disposition of any arrest/charge in or outside the U.S. Unless it is alcohol or drug related, you do not need to submit documentation for traffic incidents that do not involve an arrest if the only penalty was a fine of less than $500 and/or points on your driver's license. Failure to provide this information may result in your application being delayed or denied.
4. **CHANGE OF INFORMATION.** To change information on your submitted I-90 application or Permanent Resident Card, please bring evidence to support the change (e.g., birth certificate, marriage certificate, etc.) at the time of your biometrics appointment.

**REQUEST FOR SPECIAL HANDLING**

**If you are unable to appear in-person due to severe medical limitations,** you must request an exception to the requirement to do so. Your request must be in writing and must contain a copy of this biometrics appointment notice, a description of your medical limitations, two passport-style photographs, and police clearances from every place of residence since the applicant received Legal Permanent Resident (LPR) status. Please mail your request to:

National Benefits Center
Attn: Request for Special Handling
705B SE Melody Lane, Box
Lee's Summit, MO 64063

APPLICATION NUMBER
I90 - MSC0540106514



If you have any questions regarding this notice, please call 1-800-375-5283.

**WARNING!**

*Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you.*

*If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

Form I-797C (Rev. 01/31/05) N

Exh 3

3

U.S. Department of Homeland Security
San Francisco, CA 94111



**U.S. Citizenship
and Immigration
Services**

A# 72 131 426

On _____ you were interviewed by CIS Officer _____Bersabe_____

- ☒ You passed the tests of English and U.S. history and government.
- ❏ You passed the test of U.S. history and government and the English language requirement was waived.
- ❏ The Service has accepted your request for a Disability Exception. You are exempted from the requirement to demonstrate English language ability and/or knowledge of U.S. history and government.
- ❏ You will be given another opportunity to be tested on your ability to _____speak / _____read / _____/ write English.
- ❏ You will be given another opportunity to be tested on your knowledge of U.S. history and government.
- ❏ Please follow the instructions on the Form N-14.
- ❏ CIS will send you a written decision about your application.
- ❏ You did not pass the second and final test of your _____ English ability / _____ knowledge of U.S. history and government. You will not be rescheduled for another interview for this N-400. CIS will send you a written decision about your application.

**A)** _____ **Congratulations! Your application has been recommended for approval.**
At this time, it appears that you have established your eligibility for naturalization. If final approval is granted, you will be notified when and where to report for the Oath Ceremony.

**B)** _____ A decision cannot yet be made on your application, as your application requires further Supervisory review.

_____✗_____ A decision cannot be made on your application, as all required background checks have not been completed. Please do not inquire as to the status of your case, as these pending applications are checked regularly.

**It is very important that you:**

- ✓ Notify CIS if you change your address.
- ✓ Come to any scheduled interview.
- ✓ Submit all requested documents.
- ✓ Send any questions about this application in writing to the named above. Include your full name, A-number, and a copy of this paper.
- ✓ Go to any oath ceremony that you are scheduled to attend.
- ✓ Notify CIS as soon as possible in writing if you cannot come to any scheduled interview or oath ceremony. Include a copy of this paper and a copy of the scheduling notice.

www.dhs.gov

Exh 4

4

U.S. Department of Homeland Security
San Francisco, CA 94111



**U.S. Citizenship
and Immigration
Services**

Amir Esmaeili                                          A72 131 426
5620 Ascot Dr.
Oakland, CA 94611                                      FEB 17 2005

## A Note to Our Applicants Regarding National Security Checks:

A final Decision cannot be made on any application for naturalization until national security checks are complete and the local US CIS office receives a response.

This process can take many months. Authorities in the Washington D.C. area complete the checks and this office has no control over the pace of their completion. **In fact, it is not unusual for the checks to take well over six months.**

It is important to understand that your case is not the only one. At any given time, there are many hundreds of this office's cases pending due to national security checks and that a significant portion of the checks take more than six months. Cases with pending security checks are queried every week to ensure that those that have cleared are acted on in a timely manner.

I thank you for your patience and, with this information in mind, I ask that you wait at least 120 days from the date of your interview before making any inquiries into the status of your case. This will help us use our personnel more efficiently to complete cases rather than diverting them to answer premature status inquiries.

I note that you were interviewed on ___March 24, 2004_____ for naturalization.

Sincerely,

David N/ Still
District Director

**www.dhs.gov**

Exh 5

5

U.S. Department of Homeland Security
San Francisco, CA 94111



U.S. Citizenship
and Immigration
Services

### A Note to Our Applicants Regarding National Security Checks:

A final Decision cannot be made on any application until national security checks are complete and the local US CIS office receives a response.

This process can take many months. Authorities in the Washington D.C. area complete the checks and this office has no control over the pace of their completion. In fact, it is not unusual for the checks to take well over six months.

It is important to understand that your case is not the only one. At any given time, there are many hundreds of this office's cases pending due to national security checks and that a significant portion of the checks take more than six months. Cases with pending security checks are queried every week to ensure that those that have cleared are acted on in a timely manner.

I thank you for your patience and, with this information in mind, I ask that you wait at least 120 days from the date of your interview or your last inquiry before making any inquiries into the status of your case. This will help us use our personnel more efficiently to complete cases rather than diverting them to answer premature status inquiries.

Sincerely,

David N/ Still'
District Director

www.dhs.gov

U.S. Appraisers Building
Attn: Citizenship Unit (N-400)
630 Sansome Street
San Francisco, CA 94111


September 14, 2006


To Whom It May Concern,


I am writing to check the status of my citizenship application. My A# is A072131426. I passed the English, U.S. History and government tests on March 24, 2004 (see enclosed) which is the last step prior to getting sworn in as a citizen. I was told that a security check is being conducted and that I must wait until it is completed before I am recommended for approval but this security check is taking an inordinately long period of time.

It has been more than two years and I am wondering when I will be recommended for approval for my citizenship. I have enclosed an article from the San Francisco Chronicle which talks about a group of people being sworn in on the Fourth of July 2006 and one of the individuals they interviewed who was from India had passed her English, U.S. History and government tests on June 7, 2006 - less than a month prior to getting sworn in.

I am wondering why she was sworn in less than a month from passing her test and it has been over two years since I have passed and I am still waiting on these security checks.

Please contact me at your earliest convenience and let me know the status of my application.


Sincerely,


Amir Esmaeili
1768 Oro Valley Circle
Walnut Creek, CA 94596
925-256-7256

Exh 6

# N-400 APPLICANT

## 250 BROADWAY (at Sansome St)

BIOMETRICS PROCESSING STAMP
ASC SiTE CODE:
BIOMETRICS QA REVIEW BY:
ON
TENPRINTS QA REVIEW BY:
ON DEC 0 7 2006

NAME _Esmaeili, Amir_

A# _7213 1426_

FEMALE _____    MALE _X_

REMARKS _over 15 months_

## AUTHORIZED SIGNATURE

DATE _DEC 0 7 2006_    TIME _900_ AM/PM

## SAME DAY ONLY

Or any of the following site(s) listed below:

| Santa Rosa | Oakland |
|---|---|
| 1401 Guerneville Road | 2040 Telegraph Avenue |
| Suite 100 | (near 19th Bart Station) |
| | |
| Hours: | Hours: |
| Tuesday through Saturday | Tuesday through Saturday |
| 8am to 4pm | 8am to 4pm |
| Closed Sunday/Monday | Closed Sunday/Monday |

**(Strictly Used for Citizenship Applicants)**

Exh 7

Declaration of Amir Esmaeili

I, Amir Esmaeili, hereby declare:

1. I am over the age of 18 and have personal knowledge of the facts stated herein.

2. I am a native and citizen of Iran, but have been a permanent resident of the United States since October 19, 1998. My wife Joy and son Miles are US citizens, and we are expecting a baby girl next January. I have been in the auction house business for 15 years.

3. We live at 1768 Oro Valley Circle, Walnut Creek, California 94596.

4. I applied for my naturalization to become a United States citizen on August 15, 2003.

5. On March 24, 2004, I went to my naturalization interview in the Oakland office of the USCIS. The adjudicating officer told me orally and in writing that I passed my exam except the background checks have not been completed. The written notice informed me that they will check on the background checks regularly, but that I did not need to inquire.

6. It has now been over 3 years, and after numerous inquiries to USCIS, my naturalization continues to be delayed because of incomplete background checks.

7. I have been fingerprinted by USCIS 3 times. Once before my 2004 interview, once on February 15, 2006, and another time on December 7, 2006.

8. On February 17, 2005, in response to a written inquiry, the San Francisco USCIS responded that background checks were still pending.

~~tober of 2006, again

~~cisco USCIS responded again with

checks are still pending.

10.    I have been waiting to become a US citizen for a

now for 18 years and love living here.  As my fam

an official American citizen.  I also want to be able to

election.

I certify under penalty of perjury under the laws of the United Sta

foregoing are true and correct.

Executed on September 12, 2007 in San Francisco, California.



mir Esmaeili