1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                      UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                           OAKLAND DIVISION

12 AMIR ESMAEILI,                                )
                                                 ) No. C 07-4806 SBA
13             Plaintiff,                  )
                                                 )
14       v.                                     )
                                                 ) **STIPULATION TO DISMISS**
15 MICHAEL CHERTOFF, Secretary of the            ) **and [PROPOSED] ORDER**
   Department of Homeland Security;              )
16 EMILIO GONZALEZ, Director of U.S.             )
   Citizenship and Immigration Services;         )
17 ROSEMARY MELVILLE, District Director          )
   of the San Francisco U.S. Citizenship and     )
18 Immigration Services;                         )
   ROBERT MUELLER, III, Director                 )
19 of the Federal Bureau of Investigations,      )
                                                 )
20             Defendants.                 )
                                                 )
21

22     Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

23 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

24 action without prejudice in light of the fact that the United States Citizenship and Immigration

25 Services is now prepared to adjudicate plaintiff's application for naturalization and agree to

26 adjudicate such applications within 30 days of the dismissal of this action.

27     Each of the parties shall bear their own costs and fees.

28 ///

Stipulation to Dismiss
C 07-4806 SBA                        1

Date: December 17, 2007        Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____/s/_____
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Date: December 14, 2007        _____/s/_____
FRANK M. TSE
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____
SAUNDRA B. ARMSTRONG
United States District Judge

Stipulation to Dismiss
C 07-4806 SBA                                        2