1 | SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-6915
FAX: (415) 436-6927

7 | Attorneys for Defendants

8 |

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | OAKLAND DIVISION

12 | AMIR ESMAEILI,           )
                             ) No. C 07-4806 SBA
13 |          Plaintiff,     )
                             )
14 |     v.                  )
                             ) **STIPULATION TO DISMISS**
15 | MICHAEL CHERTOFF, Secretary of the ) **and ORDER**
Department of Homeland Security; )
16 | EMILIO GONZALEZ, Director of U.S. )
Citizenship and Immigration Services; )
17 | ROSEMARY MELVILLE, District Director )
of the San Francisco U.S. Citizenship and )
18 | Immigration Services; )
ROBERT MUELLER, III, Director )
19 | of the Federal Bureau of Investigations, )
                             )
20 |          Defendants.    )
                             )

21 |

22 |   Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

23 | of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

24 | action without prejudice in light of the fact that the United States Citizenship and Immigration

25 | Services is now prepared to adjudicate plaintiff's application for naturalization and agree to

26 | adjudicate such applications within 30 days of the dismissal of this action.

27 |   Each of the parties shall bear their own costs and fees.

28 | ///

Stipulation to Dismiss
C 07-4806 SBA                           1

| | |
|---|---|
| Date: December 17, 2007 | Respectfully submitted,<br><br>SCOTT N. SCHOOLS<br>United States Attorney<br><br><br>_____/s/_____<br>EDWARD A. OLSEN<br>Assistant United States Attorney<br>Attorneys for Defendants |
| Date: December 14, 2007 | _____/s/_____<br>FRANK M. TSE<br>Attorney for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  12/17/07

*Saundra B Armstrong*
SAUNDRA B. ARMSTRONG
United States District Judge

Stipulation to Dismiss
C 07-4806 SBA                                  2